UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>    v.<br><br>**TWO (2) REAL PROPERTIES (DEFENDANT REAL PROPERTIES), LOCATED IN JOSEPHINE COUNTY, STATE AND DISTRICT OF OREGON WITH BUILDINGS, APPURTENANCES, AND IMPROVEMENTS,** *in rem*,<br><br>    Defendants. | Case No. 1:23-cv-00582-MO<br><br>WRIT OF ENTRY |

Based upon the Complaint, *in rem*, filed herein against the Two Real Properties, more particularly described as:

**Defendant Real Property 1 -** 1530 Thompson Creek Road, Selma, Josephine County, Oregon.
(Property ID R327419 and R3274192)

Commencing at the Northwest corner of the Northeast Quarter of the Southwest Quarter of Section 21, Township 38 South, Range 7 West of the Willamette Meridian, Josephine County, Oregon; thence South along the West line of said Northeast Quarter of the Southwest Quarter, 270.13 feet, more or less, to the Northeasterly line of Thompson Creek Road; thence Southeasterly along said line, 309.2 feet, more or less, to a point which bears 525 feet South from the North line of said Northeast Quarter of the Southwest Quarter for the true point of beginning; thence East, parallel to the North line of said Northeast Quarter of the Southwest Quarter to the centerline of Thompson Creek; thence Southerly along said centerline to the Northerly right of way line of said Thompson Creek Road; thence Northerly along said right of way line to the true point of

beginning. LESS AND EXCEPT all that portion lying Southerly of the following described line; Commencing at the Southeast corner of the Northeast Quarter of the Southwest Quarter of Section 21, Township 38 South, Range 7 West of the Willamette Meridian, Josephine County, Oregon; thence North along the East line of said Northeast Quarter of the Southwest Quarter, 220 feet 8 inches; thence North 65 degrees 13' 00" East to the centerline of Thompson Creek for the true point of beginning of said line; thence South 65 degrees 13' 00" West to the Northeasterly right of way line of Thompson Creek Road for the terminus of said line.

**Defendant Real Property 2** - 1100 Panther Gulch Road, Williams, Josephine County, Oregon.
(Property ID R328253 and R3282532)

A parcel of land in the Southeast Quarter of Section 2, Township 39 South, Range 5 West of the Willamette Meridian, Josephine County, Oregon being more particularly described as follows:

Beginning at the Southwest corner of the Southeast Quarter of the Southeast Quarter of said Section 2; thence along the West line of said Southeast Quarter of the Southeast Quarter, North 30.00 feet to the North right of way line of Panther Gulch Road, which is the true point of beginning; thence along said West line North 1290 feet to the Southeast 1/16 corner; thence West 1320 feet to the center South 1/16 corner; thence North 1320.00 feet to the center Quarter corner; thence East 2640.00 feet to the East Quarter corner; thence along the East line of said Southeast Quarter South 1235 feet, more or less, to a point 1405.00 feet North of the Southeast corner of said Southeast Quarter; thence parallel to the South line of said Southeast Quarter, West 1260.00 feet, more or less, to a point 60.00 feet East of the West line of the East Half of said Southeast Quarter; thence parallel to said West line, South 1375.00 feet to the North right of way line of Panther Gulch Road; thence West 60.00 feet back to the true point of beginning.

and the Motion for Writ of Entry filed by the United States, and the Court being satisfied that based upon the verified Complaint *in rem* for Forfeiture, there is probable cause to believe that Defendants, *in rem*, Two Real Properties, represent real property used or intended to be used to facilitate or involved in said violations charged in Complaint in violation of 21 U.S.C. §§ 841, 846, and 856, and 18 U.S.C. § 1956, and are forfeitable to the United States pursuant to the provisions of 21 U.S.C. § 881(a)(7), and 18 U.S.C. § 981(a)(1)(A).  Pursuant to 18 U.S.C. § 985(b)(2), the execution of a writ of entry for purpose of conducting an inspection and

inventory of real property does not constitute a seizure.

IT IS ORDERED that the United States Internal Revenue Service-Criminal Investigations or its designee, is hereby authorized to enter the Defendant real properties, including any structures, using reasonable efforts to gain entry via the least intrusive means possible, including picking and/or breaking and rekeying the lock if necessary, on one or more occasions during the pendency of this civil *in rem* forfeiture action for the purpose of conducting an inspection and inventory and appraisal, and testing for hazardous materials which may include still and video photography, and to be accompanied on any such occasion by any government or contract personnel.

Any interference with anyone acting under the authority of this Writ of Entry shall be deemed a violation of this Court Order and may be punished as a contempt, as a violation of 18 U.S.C. § 2232, prohibiting the impairment of *in rem* jurisdiction, or otherwise as provided by law.

DATED: April  20 , 2023.

*Michael W. Mosman*
**HONORABLE MICHAEL W. MOSMAN**
Senior United States District Judge

Presented by:

NATALIE K. WIGHT, OSB #035576
United States Attorney

s/ *Katherine C. De Villiers*
**KATHERINE C. DE VILLIERS**
Assistant United States Attorney